Stephen M. Scott, OSB No. 134800
smscott@fisherphillips.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262 Telephone
(503) 242-4263 Facsimile

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WILLIAM E. SCHLEVE,**<br><br>      Plaintiff,<br><br>v.<br><br>**COURTESY FORD LINCOLN**, assumed business name of RON BOYER; and **COURTESY FORD**, assumed business name of R.K.B., INC., a Colorado corporation,<br><br>      Defendants. | Case No. 3:22-cv-00644-SI<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT** |

### LR 7-1 CERTIFICATION

Counsel for Defendants Courtesy Ford Lincoln and Courtesy Ford ("Defendants"), conferred with Plaintiff's counsel in good faith by email regarding the subject matter of this Motion on August 11, 2022. (Declaration of Stephen M. Scott in Support of Defendant's Motion for an Extension of Time ("Scott Dec."), ¶ 2, Ex. 1).

Page 1   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT   **FISHER & PHILLIPS LLP**
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262

FP 44889287.1

## MOTION

Pursuant to FRCP 6(b), Defendants respectfully move this Court for an order extending the deadline to file and serve their Answer to Plaintiff's Complaint by thirty (30) days. This motion is made in good faith and not for the purposes of delay.

The current deadline for Defendants to file their Answer is August 17, 2022. Defendants wish to extend this deadline 30 days, making the new deadline for Defendant's Answer September 16, 2022.

Dated: August 16, 2022.

FISHER & PHILLIPS LLP

Stephen M. Scott, OSB No. 134800
smscott@fisherphillips.com
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
Telephone: (503) 242-4262
Facsimile: (503) 242-4263

*Attorneys for Defendants*

Page 2   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262

FP 44889287.1