**Brian Donald Potter, OSB No. 843259**
Law Office of Brian Donald Potter
3236 S Kelly Avenue, Suite 101
Portland, Oregon 97239-4679
Telephone: (503) 223-2612
Facsimile: (503) 222-5779
dpotter@nwemployeelaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **WILLIAM E. SCHLEVE,** | Case No. 3:22-CV-00644-SI |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **COURTESY FORD LINCOLN,** assumed business name of RON BOYER; and **COURTESY FORD,** assumed business name of R.K.B., INC., a Colorado corporation, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action

Page 1 – PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

without prejudice.

DATED this _30th_____ day of September, 2022.

LAW OFFICE OF BRIAN DONALD POTTER

By _/s/ Brian Donald Potter_
Brian Donald Potter, OSB#843259
dpotter@nwemployeelaw.com

Attorney for Plaintiff